J. MORRIS BURRUSS, Respondent, v. DOROTHY GRAY, Otherwise Known as DOROTHY CLOUDMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at

Special Term. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.